UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>SEIU, UNITED SERVICE WORKERS WEST,<br><br>    Defendant. | Case No. 20-cv-01980-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. No. 38 |

On July 19, 2021, the Court granted Plaintiff's counsel's motion to withdraw. Plaintiff did not file any response to counsel's motion. To date, new counsel has not appeared on Plaintiff's behalf, and Plaintiff has not indicated whether she intends to proceed without an attorney.

On August 17, 2020, the Court issued a scheduling order. (Dkt. No. 24.) Pursuant to that scheduling order, fact discovery closed on July 30, 2021. On August 5, 2021, Defendant filed a letter brief in which it asks the Court to compel Plaintiff to respond to interrogatories and to requests for production, both of which it served on June 24, 2021. Defendant also advised the Court that Plaintiff did not appear for a deposition noticed for July 26, 2021, and it seeks to compel her to appear for a deposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not compel responses to the discovery requests and to compel her to appear for her deposition. Plaintiff shall also show cause why the Court should not impose sanctions for her failure to respond to the discovery and to appear for a deposition. Those sanctions may include: "(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims; (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence; (iii)

striking pleadings in whole or in part; or (iv) staying further proceedings until the order is obeyed." *See* Fed. R. Civ. P. 37(d)(3) (citing Rule 37(c)(2)(A)(i)-(iv)).

Plaintiff's response to this Order to Show Cause shall be due by **August 17, 2021**. Plaintiff is HEREBY ADVISED that if she fails to respond to this Order, the Court shall issue a further Order to Show Cause directing her to show cause why the portion of this case that has not been stayed pending arbitration should not be dismissed for failure to comply with this Order and for failure to prosecute. *See* Fed. R. Civ. P. 41.

The Court once again advises Plaintiff that the Court's website contains helpful information about how to proceed without a lawyer (https://www.cand.uscourts.gov/pro-se-litigants/). In addition, Plaintiff may wish to contact the Volunteer Legal Help center by emailing fedpro@sfbar.org or by calling the appointment line at 415-782-8982. The attorney at the Legal Help Center can provide information, advice, and basic legal help but cannot represent litigants as their lawyer.

**IT IS SO ORDERED**.

Dated: August 6, 2021

_____
JEFFREY S. WHITE
United States District Judge