UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>SEIU, UNITED SERVICE WORKERS WEST,<br><br>    Defendant. | Case No. 20-cv-01980-JSW<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 63-66 |

The Court has received Defendant's response that it does not object to Plaintiff's request to dismiss Counts 1 through 3, which had been ordered to arbitration. Accordingly, the Court lifts the stay, dismisses those claims, and ORDERS that this matter is HEREBY CLOSED.

**IT IS SO ORDERED**.

Dated: February 28, 2022

_____
JEFFREY S. WHITE
United States District Judge